United States Courts
Southern District of Texas
FILED

OCT 28 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Edward C. Scott

versus

Harris County
Harris Co. Precinct 7 Constable
Harris Co. Constable May Walker

CIVIL ACTION NO. _____

Jury Trial Demanded

### EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Edward C. Scott

   Address: 810 E. 38th Houston, Tx. 77022

   County of Residence: Harris

3. The defendant is: Harris County, Harris County Precinct 7 Constable's office and Harris Co. Constable Pct. 7 May Walker

   Address: (SEE ATTACHMENT #1.)

   ☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 6-24-2022 with the Equal Opportunity Commission.

5. On the date of 10-21-24, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

**B. The Defendant(s)**

Defendant No. 1
Name Job or Title: HARRIS COUNTY
Street Address: 1310 PRAIRIE ST. STE. 240.
City and County: HOUSTON AND HARRIS
State and Zip Code: TEXAS, 77002
Telephone Number: 713-755-5250
E-mail Address: UNKNOWN

Defendant No. 2
Name Job or Title: HARRIS COUNTY CONSTABLE OFFICE PCT. 7
Street Address: 5290 GRIGGS RD.
City and County: HOUSTON AND HARRIS
State and Zip Code: TEXAS, 77021
Telephone Number: 713-643-6118
E-mail Address: UNKNOWN

Defendant No. 3
Constable May Walker
5290 Griggs Rd.
Hou. Tx. 77021
Tel. No. (713) 643-6118
Email: Unknown

**C. Place of Employment**

Name: HARRIS COUNTY CONSTABLE OFFICE PCT. 7
Street Address: 5290 GRIGGS RD.
City and County: HOUSTON AND HARRIS
State and Zip Code: TEXAS, 77021

6. Because of the plaintiff's:

   (a) ☐ race

   (b) ☐ color

   (c) ☐ Sex

   (d) ☐ Religion

   (e) ☐ national orgin,

   the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☐ terminated the plaintiff's employment

   (c) ☑ failed to promote the plaintiff

   (d) ☑ other: *Forced Retirement (12-31-23*

7. When and how the defendant has discriminated against the plaintiff:

   *Please See EEOC Attachment, #2*

8. The plaintiff requests that the defendant be ordered:

   (a) ☑ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☑ to re-employ the plaintiff

   (d) ☑ to promote the plaintiff

   (e) ☑ to *reinstated to Sergeant, and my same*

2

_Seniority, from my starting date of Oct. 18, 1979._ _____ and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_Edward C. Scott_

(Signature of Plaintiff)

Address: _810 E. 38th_
_Houston, Tx. 77022_

Telephone: _(713) 494-6564_

3